UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

      v.                                             Civil No. 11-cv-512-SM

Charles Hamilton, et al

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

      Exhibits 9 and 10 to the Complaint in the above-captioned case contain one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Exhibits 9 and 10 to the Complaint.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Exhibits 9 and 10 to the Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

                                                  /s/ Landya B. McCafferty
                                                  Landya B. McCafferty
                                                  United States Magistrate Judge

Date:  November 4, 2011

cc:     Josephine Amatucci