UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Josephine Amatucci</u>

        v.                      Case No. 11-cv-512-SM

<u>Charles Hamilton, et al.</u>

## O R D E R

The plaintiff has filed a Motion for Reconsideration for Lack of Subject Matter Jurisdiction (Count 3) and Fraudulent Concealment (Count 1) (document no. 8), which this court has construed as an Objection to the Report and Recommendations.  After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated May 18, 2012, for the reasons set forth therein.  Plaintiff's complaint (document no. 1) is hereby dismissed with prejudice.

    SO ORDERED.

May 30, 2012

                                        /s/ Steven J. McAuliffe
                                        Steven J. McAuliffe
                                        United States District Judge

cc:    Josephine Amatucci, pro se
        Garry R. Lane, Esq.